IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-02359-PAB-KMT

THE TRAVELERS INDEMNITY COMPANY,

    Plaintiff,

v.

CRATERS & FREIGHTERS GLOBAL LOGISTICS, INC.,

    Defendant.

## ORDER

This matter is before the Court on the Joint Motion for Administrative Closure Pursuant to D.C.COLO.LCivR 41.2 [Docket No. 11] filed by plaintiff The Travelers Indemnity Company ("Travelers") and defendant Craters & Freighters Global Logistics, Inc. ("Craters & Freighters").

Travelers and Craters & Freighters request that the Court administratively close the case so that Craters & Freighters may pursue claims against others for the damages alleged in this case which "may obviate the need for proceeding with this action." Docket No. 11 at 2. Further, the parties request to administratively close the case "to ensure that any such rights or claims that one has or may have against the other . . . do not become time-barred while Craters & Freighters pursues the Other Claims." *Id*. at 3.

Having examined the motion and being advised in the premises, the Court finds that the parties have stated adequate reasons to administratively close the case.

For the foregoing reasons, it is

**ORDERED** that the Joint Motion for Administrative Closure Pursuant to D.C.COLO.LCivR 41.2 [Docket No. 11] is **GRANTED**. It is further

**ORDERED** that this case shall be administratively closed pursuant to D.C.COLO.LCivR 41.2. It is further

**ORDERED** that, on or before March 23, 2012, the parties shall file status reports regarding why this case should remain administratively closed. If no status reports have been filed by March 23, 2012, the case will be dismissed without prejudice.

DATED November 29, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge